UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT JACOBY,<br><br>Petitioner,<br><br>v.<br><br>DAVID SHOOK,<br><br>Respondent. | CASE NO. 3:26-cv-05682-JNW-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: September 18, 2026 |

This federal habeas action has been referred to United States Magistrate Judge David W. Christel. Petitioner Robert Jacoby, proceeding *pro se* and *in forma pauperis*, initiated this action by filing a petition pursuant to 28 U.S.C. § 2241. Dkts. 3, 4.

On June 21, 2026, the Court screened the petition under Rule 4 of the Rules Governing § 2254 cases ("Habeas Rules"),[1] and declined to direct service or require that a response be filed. Dkt. 5. Instead, the Court directed Petitioner to show cause on or before August 20, 2026, why this action should not be dismissed under the *Younger* abstention doctrine. *Id.* The Court advised

[1] The Habeas Rules are applicable to § 2241 petitions under Rule 1(b), which states "[t]he district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)."

Petitioner that failure to respond to the Court's Order by the required deadline could result in a recommendation this action be dismissed. *Id.* at 4.

The deadline to respond to the Court's Order and show cause why this action should not be dismissed has elapsed, with no timely response received from Petitioner. *See docket.*

Accordingly, the undersigned recommends this action be dismissed without prejudice under the *Younger* abstention doctrine, *see* Dkt. 5, and for failure to comply with a court order.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on September 18, 2026.

Dated this 28th day of August, 2026.

David W. Christel
United States Magistrate Judge