UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT JACOBY,<br><br>Petitioner,<br><br>v.<br><br>DAVID SHOOK,<br><br>Respondent. | CASE NO. 3:26-cv-05682-JNW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed without prejudice under the *Younger* abstention doctrine and for failure to comply with a court order.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

Dated this 22nd day of September, 2026.

Jamal N. Whitehead
United States District Judge